FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2012 JUL 26 PM 1:57

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TROY REGINALD FRANKLIN | * CIVIL ACTION | **12-1940** |
| | * | |
| VERSUS | * NO. | **SECT. J  MAG. 1** |
| Rockwell McLellan, Kevin Foltz Randy Smith D. Rene Johnson Tim Mathison Alan James Klein PhD | | |
| THE CITY OF SLIDELL   ET AL  Robert Jacobs | * SECTION   MAGISTRATE | |

## COMPLAINT FOR DAMAGES- RETALIATION IN VIOLATION OF THE CIVIL RIGHTS ACT OF 1964. 42U.S.C 2000E, 42 U.S.C 1981. VIOLATION OF THE AMERICANS WITH DISABILITIES ACT AMENDMENTS ACT OF 2008 AND OTHER AMENDMENTS THAT Applies seq AND LOUISIANA LAW

### JURISDICTION

All actions complained of herein Occurred in Slidell, Louisiana in the Parish of St Tammany Situated in the jurisdiction of the United States District Court Eastern District of Louisiana

### Parties

The Plaintiff Troy Reginald Franklin, an African American Male of full age of majority and a resident and domiciliary of the Parish of St. Tammany State of Louisiana.

The Defendant the City of Slidell, Municipality organized under the laws of the State of Louisiana in the Parish of St. Tammany, situated in the Eastern District of Louisiana.

> City of Slidell
> P.O. Box 828
> Slidell, La 70459

The Defendants Listed Below are employees, agents of the City of Slidell or a agent of a employee of the City of Slidell and intentional took action to violate the Plaintiffs rights in retaliation from the Plaintiff Troy R Franklin filing a discrimination complaint, civil lawsuit and for personal gain.

1. Rockwell McLellan
   2112 Sgt. Alfred Dr.
   Slidell, La 70458



350.00

2. Kevin Foltz
   2112 Sgt. Alfred Dr.
   Slidell, La 70458
3. Randy Smith
   2112 Sgt. Alfred Dr.
   Slidell, La 70458
4. D. Rene' Johnson
   P.O. Box 898
   Slidell, La 70459
5. Tim Mathison
   P.O. Box 828
   Slidell, La 70459
6. Alan James Klein, PhD
   P.O. Box 1615
   Mandeville, La 70470
7. Robert Jacobs
   2112 Sgt. Alfred Dr.
   Slidell, La. 70458

## Complaint

1. The Plaintiff Troy R. Franklin negotiate with the Chief of Police Freddy Drennan around the beginning of June 2010 to return to work from sick leave, the Chief Freddy Drennan Sign on June 25, 2010 and Authorized the Plaintiff to return to work on administrative duties.
2. In the middle of June 2010, Rockwell McLellan and Kevin Foltz met with the Chief elect Randy Smith not being satisfied with the present Chief decision to allow the Plaintiff to return to work gave medical information to the Chief Elect to lead him to believe the Plaintiff was unfit for duty.
3. In the Middle of June but before June 22, 2010, Chief Elect Randy Smith met with Doctor Alan James Klein.
4. In a letter dated June 22, 2010 Alan James Klien, Ph.D. acknowledge meeting with Chief Elect Randy Smith and also did a proposal to be paid for Psychological Evaluations.
5. On the first day of Office Chief Randy Smith wrote a letter dated July 1, 2010 requesting a fitness for duty evaluation for Troy Franklin, no reason given.
6. In a letter dated July 7, 2010 D. Rene' Johnson require a medical and psychological against American with Disabilities Act and Amendments.
7. In a letter dated August 20, 2010, according to Alan James Klien, Ph.D. D. Rene' Johnson provided medical information and other information negative towards the fitness for duty of the Plaintiff.
8. In a letter dated August 20, 2010, Alan James Klein, PhD found the Plaintiff to be unfit for duty base on bad information and standards not applied by the Americans with Disabilities Act, no evidence of direct threat was provided.

9. In a letter dated September 2, 2010 Chief Randy Smith relieve the Plaintiff of all duties and responsibilities with the Slidell Police And announced at the September 14, 2010 Staff Meeting the Plaintiff no longer work there.
10. In interoffice memo dated 16 November 2010 Tim Mathison instructed All Department Directors and the Chief of Police to not talk to or have contact with Troy and he refused to talk to the Plaintiff or have contact, eliminating the option for Administrative Remedy.
11. In discovery evidence in Civil Action 10-2118 Robert Jacobs admitted that he was monitoring the Plaintiff Troy R. Franklin because he made an Official Complaint to the Police Department administration and Federal authorities Robert Jacobs Submitted Photos of the Plaintiffs Vehicles to verify his Actions.
12. On April 27 2012 U.S. Equal Employment Opportunity Commission issued Notice of Suit Rights, EEOC Charge No. 461-2011-00373.
13. Trial by Jury is not demanded

## Demand

As a result of the actions of the defendants the Plaintiff Troy Reginald Franklin has suffered and continues to suffer damages in the following, non- exclusive respects: (a) Back pay with benefits front pay with benefits, retirement should front pay not be viable option; (b) general damages for loss of reputation, inconvenience and abuse received (c) Punitive Damages (D) Cost, and;(e) all other equitable relief deemed just and proper by the Court.

Respectfully Submitted

Dated: July 26, 2012

Troy Reginald Franklin

1051 Woodview Dr.

Slidell, Louisiana 70461

(985)640-8250

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Troy R. Franklin
1051 Woodview Dr.
Slidell, LA 70461

From: Houston District Office
Total Plaza
1201 Louisiana, Suite 600
Houston, TX 77002

[ ]    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 461-2011-00373 | Sharon McElroy, Investigator | (713) 651-4949 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*/s/ R.J. Ruff, Jr.*
R.J. Ruff, Jr.,
District Director

4/27/12
(Date Mailed)

Enclosures(s)

cc: Lawrence Abbott
Cotton, Schmidt & Abbott. L.L.P.
Attorneys at Law
650 Poydras, Suite 2810
New Orleans, LA 70130

Louisiana Commission on Human Rights
P.O. Box 94094
Baton Rouge, LA 70804