```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

   TROY FRANKLIN                              CIVIL ACTION

   VERSUS                                     NO: 12-1940
                                              c/w 14-596

   SLIDELL CITY, ET AL                        SECTION: J
```

**ORDER**

Before the Court is *a Motion to Dismiss for Failure to State a Claim Pursuant to Rule 12(b)(6)* filed by Defendant, the City of Slidell **(Rec. Doc. 48)**. Also before the Court are Plaintiff's *Oppositions* **(Rec. Docs. 49 & 56)** and Defendant's memoranda in support **(Rec. Docs. 54 & 59)**.

Essentially for the reasons argued by Counsel for Defendant, the Court finds as follows:

(1) All of Plaintiff's claims against Defendant, City of Slidell, are barred by the doctrine of *res judicata* (*See Franklin v. Slidell City, et al* (Civil Action No. 10-2118, Rec. Docs. 113 & 114); *Franklin v. Slidell City, et al* (Civil Action No. 12-1940, Rec. Docs. 38, 39, 45, & 46); *Franklin v. City of Slidell and Slidell Civil Service Board* (No. 2012-16313 in 22nd Judicial District, *see* Civil Action No. 12-1940, Rec. Doc. 54-1, p. 1-3)); and

(2) Plaintiff has otherwise failed to state a claim upon which relief can be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's *Motion to Dismiss for Failure to State a Claim Pursuant to Rule 12(b)(6)* **(Rec. Doc. 48)** is **GRANTED.**

**IT IS FURTHER ORDERED** that all of Plaintiff's claims against the City of Slidell in Civil Action No. 14-596 are hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 10th day of July, 2014.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE